FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page: 1

| Case No: | 12-11411 KSJ Judge: Chief Karen S. Jennemann | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Date Filed (f) or Converted (c): | 08/22/12 (f) |
| | | 341(a) Meeting Date: | 09/26/12 |
| For Period Ending: | 09/30/15 | Claims Bar Date: | 05/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | Unknown | 0.00 | | 0.00 | FA |
| 3. Security Deposits | 3,135.00 | 0.00 | | 0.00 | FA |
| 4. Inventory | 0.00 | 0.00 | | 0.00 | FA |
| 5. SOFA - #10 Transfer | Unknown | 0.00 | | 0.00 | FA |
| 6. SOFA #18 - Business Interest | Unknown | 0.00 | | 0.00 | FA |
| 7. SOFA # 3 - Payment to Creditor (u) | 0.00 | 0.00 | | 0.00 | FA |
| 8. SOFA # 3 - Payment to Creditor (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9. 6:14-ap-00109-KSJ - Stephen Romkey (u) | 0.00 | 2,000.00 | | 200.00 | FA |
| 10. 6:14-ap-00110-KSJ - Deatrick Engineering Assoc. (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 11. 6:14-ap-00108-KSJ - Fraudulent Transfer Complaint (u) | 0.00 | 550,000.00 | | 550,000.00 | FA |
| 12. 6:14-ap-00111-KSJ - Sterling and Wilbur (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 13. 6:14-ap-00112-KSJ - Petzl America a Utah Corp. (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 12-11411 | KSJ | Judge: Chief Karen S. Jennemann | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | | | Date Filed (f) or Converted (c): | 08/22/12 (f) |
| | | | | 341(a) Meeting Date: | 09/26/12 |
| | | | | Claims Bar Date: | 05/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 6:14-ap-00113-KSJ - Wells Fargo and Sams/Discover (u) | 0.00 | 67,500.00 | | 67,500.00 | FA |
| 15. 6:14-ap-00114-KSJ - David Jones Insurance (u) | 0.00 | 0.00 | | 20,000.00 | FA |

TOTALS (Excluding Unknown Values)    $3,335.00    $630,500.00    $648,700.00    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/12: Meeting continued to 11/20.

11/12: Meeting continued to 12/28.

12/06/12: Trustee and assistant visited operating facility in St Cloud and met Dr. Broussard for a tour.

12/12: 341 meeting held and concluded.

01/13: Application to employ Carla Musselman as CPA.

01/13: Application to employ Brad Saxton/Andrew Roy as attorney nunc pro tunc.

01/13: Order granting employment of CPA.

01/13: Order approving attorney employment.

03/13: No activity in 2012 under this debtor, therefore, no tax extension filed. Assets sold in 2011 according to bankruptcy schedules.

02/14: Notice of assets.

06/19/14: Trustee reviewed claims.

09/24/14: Motion to Dismiss Adversary Proceeding to Determine Authority of this Court, and for more definite statement

04/15: Motion to pay mediators fees in the amount of $5,699.99 and $1600.00 nunc pro tunc for first mediation.

09/15: Corporate income taxes filed for 2014 and prompt determination letter requested.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| | | |
|---|---|---|
| Case No: | 12-11411   KSJ   Judge: Chief Karen S. Jennemann | Trustee Name: Carla Musselman, Trustee |
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Date Filed (f) or Converted (c): 08/22/12 (f) |
| | | 341(a) Meeting Date: 09/26/12 |
| | | Claims Bar Date: 05/30/14 |

Taxes are required for 2015.

RE PROP# 1---Cash on hand

RE PROP# 2---Checking Account at Wachovia/Wells Fargo Bank -$1,000

  Wells Fargo sent letter to trustee indicating balance was overdrawn.

RE PROP# 3---Progress Energy security deposit

RE PROP# 4---Per petition, marked as "XX" and valued at $00.00

  Per statement of financial affairs, last inventory done on 12/31/10 by Ken Wilshire, GM valued at $43,254.22, cost.

RE PROP# 5---Per SOFA # 10 - 8/2011 Bulk Sale of inventory and assets - $21,000 received.

  08/14: Included in Fraudulent Transfer complaint AP 108 - Asset 11. All assets of the debtor sold to newly formed entity

  called Florida Eco Safaris at Forever FL, LLC.

RE PROP# 6---Per petition, debtor name is Florida Eco Safaris, Inc. FEI 59-3446952; address is 502 E New Haven Avenue,

  Melbourne, FL 32901, eco tourism, eco safaries, began 1990 - 2010.

  08/14: Included in Fraudulent Transfer complaint AP 108 - Asset 11. All assets of the debtor sold to newly formed entity

  called Florida Eco Safaris at Forever FL, LLC.

RE PROP# 7---According to documents provided by debtor, Florida Eco Safaris Inc paid $6250 for 5 horses in 6/2011.

  Invoice was billed to Crescent J Ranch.

  08/14: Included in main AP 14 108 - seeking recovery of funds under Crescent J Ranch. asset 11.

RE PROP# 8---Per Wells Fargo bank account statement account ending in 1803, $25,000 wired to Ecosafari Technologies, an

  affiliate of the debtor.

  08/14: Included in main AP 14-108 - seeking recovery of funds under Eco Safari Technologies. Included in asset 11.

RE PROP# 9---Complaint to recover fraudulent transfers against party who constructed the new zipline for the benefit of

  Florida Eco Safaris LLC in the amount of $19k, funds paid for by debtor.

  10/23/14:  Motion for Entry of Default against Steve Romkey.

  11/14: Order granting motion for default in favor of trustee in the amount of $19,875.00.

  12/15/14:  Adversary Case 6:14-ap-109 Closed

  12/14: Trustee value at 10% of claim amount based on past experience.

  05/20/15:  Notice of Sale of Judgment against Steve Romkey filed.  Trustee received an offer in the amount of $200.00

  from William Broussard

RE PROP# 10---Complaint to recover fraudulent transfers against party who constructed the new zipline for the benefit of

  Florida Eco Safaris LLC in the amount of $7k,  funds paid for by debtor.

  10/14: Possible settlement with Defendant, Deatrick Engineering Associates, Inc

| | | | |
|---|---|---|---|
| Case No: | 12-11411    KSJ    Judge: Chief Karen S. Jennemann | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Date Filed (f) or Converted (c): | 08/22/12 (f) |
| | | 341(a) Meeting Date: | 09/26/12 |
| | | Claims Bar Date: | 05/30/14 |

11/14: Settlement reached for $2,000 with defendant.

12/08/14:  Motion to Approve Compromise or Settlement filed

01/15: Order Granting compromise.

05/13/15:  Order Dismissing Adversary with Prejudice against Defendant

06/02/15:  Adversary Case 6:14-ap-110 Closed

RE PROP# 11---Fraudulent transfer complaint and several other charges exceeding $2.0 million against related parties,

insiders, directors, newco, Florida Eco Safaris, LLC and other related entities.

09/24/14:  Motion to Dismiss Adversary Proceeding to Determine Authority of this Court, and for more definite statement.

11/14: Voluntary mediation among parties unsuccessful.

12/14: Trustee opposition to motion to dismiss.

01/15: Defendants file reply to Trustee's opposition of motion to dismiss.

01/15: Trustee has until 02/06/15 to reply to defendant's Motion to Dismiss.

04/15: Trustee and all parties mediated on 04/10/15.

04/15: Motion for settlement and compromise filed. Estate will receive $550k to settle all claims.

05/13/15:  Order Granting Motion to Approve Compromise

07/07/15:  Adversary Case 6:14-ap-108 Closed.

RE PROP# 12---Complaint to recover fraudulent transfers against party who constructed the new zipline for the benefit of

Florida Eco Safaris LLC in the amount of $27k  funds paid for by debtor.

09/14: Answer filed by defendant.

11/14: Offer of judgment.

03/15: Motion for settlement and compromise.

04/28/15:  Order Granting Motion to Approve Compromise or Settlement

RE PROP# 13---Complaint to recover fraudulent transfers against Petzl America, Inc., the party who constructed the new

zipline for the benefit of Florida Eco Safaris LLC in the amount of $12k.  Funds were paid for by debtor.

10/17/14:  Motion for Entry of Default. Default entry entered.

01/15: Motion for compromise entered.

04/15: Order granting compromise motion.

05/13/15:  Order Dismissing Adversary with Prejudice against Defendant

06/02/15:  Adversary Case 6:14-ap-112 Closed.

RE PROP# 14---08/21/14:  Complaint by Carla P. Musselman, Trustee against Discover Bank, GE Money Bank / Wells Fargo

Bank. Complaint to recover fraudulent transfers from Wells Fargo/Sams Club  related to payments on behalf of Florida Eco

Safaris, LLC. Wells Fargo card is in the name of Dr. Broussard.

| | | | |
|---|---|---|---|
| Case No: | 12-11411   KSJ   Judge: Chief Karen S. Jennemann | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Date Filed (f) or Converted (c): | 08/22/12 (f) |
| | | 341(a) Meeting Date: | 09/26/12 |
| | | Claims Bar Date: | 05/30/14 |

Trustee seeking to recover funds in excess of $134k.

10/15/14: Notice of Voluntary Dismissal of Discover Bank only

10/31/14: Trustee v. GE Money Bank et al  Third-Party Complaint.  Nature of Suit: 91 (Declaratory judgment) by GE Money Bank against William Broussard.

10/14: Answer filed by GE Mony Bank.

11/14: Settlement reached against Wells Fargo for $20,000 against monetary judgment of $27,877.46.

12/08/14: Motion to Approve Compromise or Settlement filed for Wells Fargo portion of the complaint.

01/15: Court ordered mediation in the Synchrony case.

01/15: Order granting motion for compromise in the Wells Fargo portion of the complaint.

04/15: Trustee, Synchrony bank and Dr. Broussard mediated on 04/09/15 and settled.

04/15: Motion for settlement and compromise. Estate will receive $47,500 to settle the Synchrony claim.

05/13/15: Order Dismissing Adversary with Prejudice against Defendant.

05/15: Order granting compromise with Synchrony and Dr Broussard.

06/02/15: Notice of Voluntary Dismissal against GE Money Bank.

07/06/15: Adversary Case 6:14-ap-113 Closed

RE PROP# 15---Complaint to recover fraudulent transfers from David Jones, Inc and Premium Assignment (PAC) and Progrressive and Scottsdale and Llyods of London related to insurance premium payments on behalf of Florida Eco Safaris, LLC.

Trustee seeking to recover funds in excess of $81k.

11/14: Motion for summary judgement filed by Premium Assignment on Count I of the complaint.

11/14: Settlement reached with Progessive in the amount of $2,000.00

11/14: Trustee cross motion for summary judgement against PAC.

12/14: Motion for summary judgement filed by David Jones Ins.

12/14: Memorandum of Opinion issued granting Premium Assignment summary judgement. Order denying that the trustee can seek recovery against PAC and payments made to PAC are not avoidable under 548 or 544.

12/14: Consent by trustee of MSJ filed by David Jones Ins.

12/14: Objection to consent filed by Scottsdale.

12/08/14: Motion to Approve Compromise or Settlement filed related to Progressive settlement for $2,000.00

01/15: Order granting compromise with Progressive.

02/15: Settement reached with Lloyds of London Inland Marine and Llyods of London Commercial policies in the amount of $3,000 and $12,000 respectively.

02/15: Motion for settlement and compromise with Llyods.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 6

| | | |
|---|---|---|
| Case No: | 12-11411    KSJ    Judge: Chief Karen S. Jennemann | Trustee Name: Carla Musselman, Trustee |
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Date Filed (f) or Converted (c): 08/22/12 (f) |
| | | 341(a) Meeting Date: 09/26/12 |
| | | Claims Bar Date: 05/30/14 |

04/15: Order granting Llyods settlement x 2.

07/13/15: Adversary Case 6:14-ap-114 Closed

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 06/30/16

/s/    Carla Musselman, Trustee

_____  Date: 10/28/15

CARLA MUSSELMAN, TRUSTEE

LFORM1

Ver: 19.00

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-11411 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5359  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6952 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

Page Subtotals      0.00      0.00

Ver: 19.00

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 12-11411 -KSJ | | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5367  Checking Account |
| Taxpayer ID No: | *******6952 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/14 | | Deatrick Engineering Associates Inc | Preference / Fraudulent Transfer | 1241-000 | 2,000.00 | | 2,000.00 |
| 12/04/14 | 10 | Asset Sales Memo: | 6:14-ap-00110-KSJ - Deatrick Engineering Assoc. $2,000.00 | | | | 2,000.00 |
| 12/05/14 | | Progressive Casualty Insurance Co | Preference / Fraudulent Transfer | 1241-000 | 2,000.00 | | 4,000.00 |
| 12/05/14 | 15 | Asset Sales Memo: | 6:14-ap-00114-KSJ - David Jones Insurance $2,000.00 | | | | 4,000.00 |
| 12/05/14 | | Wells Fargo | Preference / Fraudulent Transfer | 1241-000 | 20,000.00 | | 24,000.00 |
| 12/05/14 | 14 | Asset Sales Memo: | 6:14-ap-00113-KSJ - Wells Fargo and Sams/Discover $20,000.00 | | | | 24,000.00 |
| 12/09/14 | 003001 | Trenam Kemker Attorneys 200 Central Avenue Suite 1600 St. Petersburg, FL 33701 | Mediation Fees Invoice 583314 AP 14-00108 | 3721-000 | | 1,600.00 | 22,400.00 |
| 01/09/15 | | Petzl America Inc 2929 Decker Lake Drive Salt Lake City, UT 84119 | Settlement of Adversary | 1241-000 | 5,000.00 | | 27,400.00 |
| 01/09/15 | 13 | Asset Sales Memo: | 6:14-ap-00112-KSJ - Petzl America a Utah Corp. $5,000.00 | | | | 27,400.00 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.87 | 27,374.13 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 38.08 | 27,336.05 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 36.74 | 27,299.31 |

Page Subtotals    29,000.00    1,700.69

LFORM24

Ver: 19.00

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-11411 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5367 Checking Account |
| Taxpayer ID No: | *******6952 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/16/15 | | Amtrust Claims Services, Inc | Settlement of Adversary | 1241-000 | 12,000.00 | | 39,299.31 |
| 04/16/15 | 15 | Asset Sales Memo: | 6:14-ap-00114-KSJ - David Jones Insurance $12,000.00 | | | | 39,299.31 |
| 04/16/15 | | Burns and Wilcox Ltd | Settlement of Adversary | 1241-000 | 3,000.00 | | 42,299.31 |
| 04/16/15 | 15 | Asset Sales Memo: | 6:14-ap-00114-KSJ - David Jones Insurance $3,000.00 | | | | 42,299.31 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 40.62 | 42,258.69 |
| 05/26/15 | | Dr, Broussard | Settlement of Adversary | 1241-000 | 200.00 | | 42,458.69 |
| 05/26/15 | 9 | Asset Sales Memo: | 6:14-ap-00109-KSJ - Stephen Romkey  $200.00 | | | | 42,458.69 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 49.33 | 42,409.36 |
| 06/22/15 | | WHWW Trust Account | 14-00111 Sterling | 1241-000 | 4,000.00 | | 46,409.36 |
| 06/22/15 | 12 | Asset Sales Memo: | 6:14-ap-00111-KSJ - Sterling and Wilbur  $4,000.00 | | | | 46,409.36 |
| 06/22/15 | | WHWW Trust Account | 14-113 Synchrony and 14-00114 David | 1241-000 | 50,500.00 | | 96,909.36 |
| 06/22/15 | 14 | Asset Sales Memo: | 6:14-ap-00113-KSJ - Wells Fargo and Sams/Discover $47,500.00 | | | | 96,909.36 |
| 06/22/15 | 15 | Asset Sales Memo: | 6:14-ap-00114-KSJ - David Jones Insurance $3,000.00 | | | | 96,909.36 |
| 06/22/15 | | WHWW TRUST ACCOUNT | AP 14-00108 | 1241-000 | 550,000.00 | | 646,909.36 |
| 06/22/15 | 11 | Asset Sales Memo: | 6:14-ap-00108-KSJ  - Fraudulent Transfer Complaint $550,000.00 | | | | 646,909.36 |
| | | | Page Subtotals | | 619,700.00 | 89.95 | |

LFORM24

Ver: 19.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 12-11411 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5367 Checking Account |
| Taxpayer ID No: | *******6952 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * 06/22/15 | | WHWW TRUST ACCOUNT | AP 14-00108 | 1241-003 | 550,000.00 | | 1,196,909.36 |
| * 06/22/15 | | WHWW TRUST ACCOUNT | AP 14-00108<br>Trustee coded as deposit - this is a wire in | 1241-003 | -550,000.00 | | 646,909.36 |
| 06/23/15 | | Reno & Zahm Trust Account<br>FBO EBL<br>Rockford, IL | Interim distribution payment pursuant to motion to approve settlement and compromise doc no. 46 filed in the AP 14-00108 and Order authorizing payment to EBL doc no. 56 | 7100-000 | | 318,000.00 | 328,909.36 |
| 06/23/15 | 003002 | GrayRobinson, PA<br>attn: Gary S Salzman, Esquire<br>301 East Pine Street Suite 1400<br>Orlando, FL 32801 | Mediation Fees Invoice 10531990<br>Paid pursuant to Motion to Pay Mediator Fees Doc no 48 and Order granting payment doc no 57; AP 14-108 and 14-0113 | 3721-000 | | 5,699.99 | 323,209.37 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 62.84 | 323,146.53 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 285.44 | 322,861.09 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 480.22 | 322,380.87 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 479.71 | 321,901.16 |

Page Subtotals    0.00    325,008.20

LFORM24

Ver: 19.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 12-11411 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5367  Checking Account |
| Taxpayer ID No: | *******6952 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 648,700.00 | 326,798.84 | 321,901.16 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 648,700.00 | 326,798.84 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 648,700.00 | 326,798.84 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5359 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5367 | 648,700.00 | 326,798.84 | 321,901.16 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 648,700.00 | 326,798.84 | 321,901.16 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.00

LFORM24