# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FLORIDA ECO-SAFARIS, INC. | § | Case No. 6:12-bk-11411-KSJ |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Carla Musselman, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 3,335.00                      Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 462,195.82    Claims Discharged
                                                 Without Payment: NA

Total Expenses of Administration: 186,504.18

---

3) Total gross receipts of $ 648,700.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 648,700.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 186,504.18 | 186,504.18 | 186,504.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 9,483,516.36 | 783,979.37 | 783,979.37 | 462,195.82 |
| **TOTAL DISBURSEMENTS** | $ 9,483,516.36 | $ 970,483.55 | $ 970,483.55 | $ 648,700.00 |

  4)  This case was originally filed under chapter 7 on  08/22/2012 .  The case was pending for 57 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  04/22/2017           By:/s/Carla Musselman, Trustee
                                                                Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6:14-ap-00109-KSJ - Stephen Romkey | 1241-000 | 200.00 |
| 6:14-ap-00110-KSJ - Deatrick Engineering Assoc. | 1241-000 | 2,000.00 |
| 6:14-ap-00108-KSJ - Fraudulent Transfer Complaint | 1241-000 | 550,000.00 |
| 6:14-ap-00111-KSJ - Sterling and Wilbur | 1241-000 | 4,000.00 |
| 6:14-ap-00112-KSJ - Petzl America a Utah Corp. | 1241-000 | 5,000.00 |
| 6:14-ap-00113-KSJ - Wells Fargo and Sams/Discover | 1241-000 | 67,500.00 |
| 6:14-ap-00114-KSJ - David Jones Insurance | 1241-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 648,700.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CARLA MUSSELMAN | 2100-000 | NA | 35,685.00 | 35,685.00 | 35,685.00 |
| CARLA MUSSELMAN | 2200-000 | NA | 414.89 | 414.89 | 414.89 |
| UNION BANK | 2600-000 | NA | 1,962.41 | 1,962.41 | 1,962.41 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 2,051.00 | 2,051.00 | 2,051.00 |
| WINDERWEEDLE HAINES WARD & WOODMAN | 3210-000 | NA | 124,069.50 | 124,069.50 | 124,069.50 |
| WINDERWEEDLE HAINES WARD & WOODMAN | 3220-000 | NA | 833.19 | 833.19 | 833.19 |
| CARLA P. MUSSELMAN, CPA, CFP® | 3310-000 | NA | 13,866.50 | 13,866.50 | 13,866.50 |
| CARLA P. MUSSELMAN, CPA, CFP® | 3320-000 | NA | 321.70 | 321.70 | 321.70 |
| GRAYROBINSON, PA | 3721-000 | NA | 5,699.99 | 5,699.99 | 5,699.99 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRENAM KEMKER ATTORNEYS | 3721-000 | NA | 1,600.00 | 1,600.00 | 1,600.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 186,504.18 | $ 186,504.18 | $ 186,504.18 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Reno & Zahm LLP 2902 McFarland Road Suite 400 Rockford, IL 61107 | | 0.00 | NA | NA | 0.00 |
| | William J Broussard 502 E New Haven Avenue Melbourne, FL 32901 | | 8,730,681.00 | NA | NA | 0.00 |
| 01 | EXPERIENCE BASED LEARNING INC | 7100-000 | 752,835.36 | 783,684.66 | 783,684.66 | 462,195.82 |
| 02 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 294.71 | 294.71 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 9,483,516.36 | $ 783,979.37 | $ 783,979.37 | $ 462,195.82 |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-11411   KSJ   Judge: Karen S. Jennemann | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Date Filed (f) or Converted (c): | 08/22/12 (f) |
| | | 341(a) Meeting Date: | 09/26/12 |
| For Period Ending: | 04/22/17 | Claims Bar Date: | 05/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | Unknown | 0.00 | | 0.00 | FA |
| 3. Security Deposits | 3,135.00 | 0.00 | | 0.00 | FA |
| 4. Inventory | 0.00 | 0.00 | | 0.00 | FA |
| 5. SOFA - #10 Transfer | Unknown | 0.00 | | 0.00 | FA |
| 6. SOFA #18 - Business Interest | Unknown | 0.00 | | 0.00 | FA |
| 7. SOFA # 3 - Payment to Creditor (u) | 0.00 | 0.00 | | 0.00 | FA |
| 8. SOFA # 3 - Payment to Creditor (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9. 6:14-ap-00109-KSJ - Stephen Romkey (u) | 0.00 | 2,000.00 | | 200.00 | FA |
| 10. 6:14-ap-00110-KSJ - Deatrick Engineering Assoc. (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 11. 6:14-ap-00108-KSJ - Fraudulent Transfer Complaint (u) | 0.00 | 550,000.00 | | 550,000.00 | FA |
| 12. 6:14-ap-00111-KSJ - Sterling and Wilbur (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 13. 6:14-ap-00112-KSJ - Petzl America a Utah Corp. (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-11411 | KSJ | Judge: Karen S. Jennemann | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | | | Date Filed (f) or Converted (c): | 08/22/12 (f) |
| | | | | 341(a) Meeting Date: | 09/26/12 |
| | | | | Claims Bar Date: | 05/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 6:14-ap-00113-KSJ - Wells Fargo and Sams/Discover (u) | 0.00 | 67,500.00 | | 67,500.00 | FA |
| 15. 6:14-ap-00114-KSJ - David Jones Insurance (u) | 0.00 | 0.00 | | 20,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $3,335.00 | $630,500.00 | | $648,700.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/12: Meeting continued to 11/20.

11/12: Meeting continued to 12/28.

12/06/12: Trustee and assistant visited operating facility in St Cloud and met Dr. Broussard for a visual inspection of

the facility.

12/28/12: 341 meeting held and concluded.

01/13: Application to employ Carla Musselman as CPA.

01/13: Application to employ Brad Saxton/Andrew Roy as attorney nunc pro tunc.

01/13: Order granting employment of CPA.

01/13: Order approving attorney employment.

03/13: No activity in 2012 under this debtor, therefore, no tax extension filed. Assets sold in 2011 according to

bankruptcy schedules.

05/23/13: Travel to corporate office in Melbourne to review accounting records

02/25/14: Notice of assets filed

06/19/14: Trustee reviewed claims.

09/24/14: Motion to Dismiss Adversary Proceeding to Determine Authority of this Court, and for more definite statement

Case 6:12-bk-11411-KSJ Doc 80 Filed 05/11/17 Page 9 of 19

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-11411 KSJ Judge: Karen S. Jennemann | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Date Filed (f) or Converted (c): | 08/22/12 (f) |
| | | 341(a) Meeting Date: | 09/26/12 |
| | | Claims Bar Date: | 05/30/14 |

04/15: Motion to pay mediators fees in the amount of $5,699.99 and $1600.00 nunc pro tunc for first mediation.

09/15: Corporate income taxes filed for 2014 and prompt determination letter requested.

Taxes are required for 2015.

11/15: 12/31/14 tax return not being selected for audit.

03/07/16: Trustee filed final taxes form 1120S.

05/16: Prompt determination letter received.

RE PROP# 1---Cash on hand

RE PROP# 2---Checking Account at Wachovia/Wells Fargo Bank -$1,000

    Wells Fargo sent letter to trustee indicating balance was overdrawn.

RE PROP# 3---Progress Energy security deposit

RE PROP# 4---Per petition, marked as "XX" and valued at $00.00

    Per statement of financial affairs, last inventory done on 12/31/10 by Ken Wilshire, GM valued at $43,254.22, cost.

RE PROP# 5---Per SOFA # 10 - 8/2011 Bulk Sale of inventory and assets - $21,000 received.

    08/14: Included in Fraudulent Transfer complaint AP 108 - Asset 11. All assets of the debtor sold to newly formed entity

    called Florida Eco Safaris at Forever FL, LLC.

RE PROP# 6---Per petition, debtor name is Florida Eco Safaris, Inc. FEI 59-3446952; address is 502 E New Haven Avenue,

    Melbourne, FL 32901, eco tourism, eco safaries, began 1990 - 2010.

    08/14: Included in Fraudulent Transfer complaint AP 108 - Asset 11. All assets of the debtor sold to newly formed entity

    called Florida Eco Safaris at Forever FL, LLC.

RE PROP# 7---According to documents provided by debtor, Florida Eco Safaris Inc paid $6250 for 5 horses in 6/2011.

    Invoice was billed to Crescent J Ranch.

    08/14: Included in main AP 14 108 - seeking recovery of funds under Crescent J Ranch. asset 11.

RE PROP# 8---Per Wells Fargo bank account statement account ending in 1803, $25,000 wired to Ecosafari Technologies, an

    affiliate of the debtor.

    08/14: Included in main AP 14-108 - seeking recovery of funds under Eco Safari Technologies. Included in asset 11.

RE PROP# 9---Complaint to recover fraudulent transfers against party who constructed the new zipline for the benefit of

    Florida Eco Safaris LLC in the amount of $19k, funds paid for by debtor.

    10/23/14: Motion for Entry of Default against Steve Romkey.

    11/14: Order granting motion for default in favor of trustee in the amount of $19,875.00.

    12/15/14: Adversary Case 6:14-ap-109 Closed

    12/14: Trustee value at 10% of claim amount based on past experience.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 4

Exhibit 8

| | |
|---|---|
| Case No: 12-11411   KSJ   Judge: Karen S. Jennemann | Trustee Name: Carla Musselman, Trustee |
| Case Name: FLORIDA ECO-SAFARIS, INC. | Date Filed (f) or Converted (c): 08/22/12 (f) |
| | 341(a) Meeting Date: 09/26/12 |
| | Claims Bar Date: 05/30/14 |

  05/20/15: Notice of Sale of Judgment against Steve Romkey filed.  Trustee received an offer in the amount of $200.00
  from William Broussard
  03/16: Report of sale.

 RE PROP# 10---Complaint to recover fraudulent transfers against party who constructed the new zipline for the benefit of
  Florida Eco Safaris LLC in the amount of $7k,  funds paid for by debtor.
  10/14: Possible settlement with Defendant, Deatrick Engineering Associates, Inc
  11/14: Settlement reached for $2,000 with defendant.
  12/08/14: Motion to Approve Compromise or Settlement filed
  01/15: Order Granting compromise.
  05/13/15:  Order Dismissing Adversary with Prejudice against Defendant
  06/02/15:  Adversary Case 6:14-ap-110 Closed

 RE PROP# 11---Fraudulent transfer complaint and several other charges exceeding $2.0 million against related parties,
  insiders, directors, newco, Florida Eco Safaris, LLC and other related entities.
  09/24/14:  Motion to Dismiss Adversary Proceeding to Determine Authority of this Court, and for more definite statement.
  11/14: Voluntary mediation among parties unsuccessful.
  12/14: Trustee opposition to motion to dismiss.
  01/15: Defendants file reply to Trustee's opposition of motion to dismiss.
  01/15: Trustee has until 02/06/15 to reply to defendant's Motion to Dismiss.
  04/15: Trustee and all parties mediated on 04/10/15.
  04/15: Motion for settlement and compromise filed. Estate will receive $550k to settle all claims.
  05/13/15:  Order Granting Motion to Approve Compromise
  07/07/15:  Adversary Case 6:14-ap-108 Closed.

 RE PROP# 12---Complaint to recover fraudulent transfers against party who constructed the new zipline for the benefit of
  Florida Eco Safaris LLC in the amount of $27k  funds paid for by debtor.
  09/14: Answer filed by defendant.
  11/14: Offer of judgment.
  03/15: Motion for settlement and compromise.
  04/28/15:  Order Granting Motion to Approve Compromise or Settlement
  06/26/15:  Adversary Case 6:14-ap-111 Closed

 RE PROP# 13---Complaint to recover fraudulent transfers against Petzl America, Inc., the party who constructed the new
  zipline for the benefit of Florida Eco Safaris LLC in the amount of $12k.  Funds were paid for by debtor.
  10/17/14:  Motion for Entry of Default. Default entry entered.

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 5

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-11411   KSJ   Judge: Karen S. Jennemann | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Date Filed (f) or Converted (c): | 08/22/12 (f) |
| | | 341(a) Meeting Date: | 09/26/12 |
| | | Claims Bar Date: | 05/30/14 |

01/15: Motion for compromise entered.

04/15: Order granting compromise motion.

05/13/15: Order Dismissing Adversary with Prejudice against Defendant

06/02/15: Adversary Case 6:14-ap-112 Closed.

RE PROP# 14---08/21/14: Complaint by Carla P. Musselman, Trustee against Discover Bank, GE Money Bank / Wells Fargo

Bank. Complaint to recover fraudulent transfers from Wells Fargo/Sams Club related to payments on behalf of Florida Eco

Safaris, LLC. Wells Fargo card is in the name of Dr. Broussard.

Trustee seeking to recover funds in excess of $134k.

10/15/14: Notice of Voluntary Dismissal of Discover Bank only

10/31/14: Trustee v. GE Money Bank et al  Third-Party Complaint. Nature of Suit: 91 (Declaratory judgment) by GE Money

Bank against William Broussard.

10/14: Answer filed by GE Mony Bank.

11/14: Settlement reached against Wells Fargo for $20,000 against monetary judgment of $27,877.46.

12/08/14: Motion to Approve Compromise or Settlement filed for Wells Fargo portion of the complaint.

01/15: Court ordered mediation in the Synchrony case.

01/15: Order granting motion for compromise in the Wells Fargo portion of the complaint.

04/15: Trustee, Synchrony bank and Dr. Broussard mediated on 04/09/15 and settled.

04/15: Motion for settlement and compromise. Estate will receive $47,500 to settle the Synchrony claim.

05/13/15: Order Dismissing Adversary with Prejudice against Defendant.

05/15: Order granting compromise with Synchrony and Dr Broussard.

06/02/15: Notice of Voluntary Dismissal against GE Money Bank.

07/06/15: Adversary Case 6:14-ap-113 Closed

RE PROP# 15---Complaint to recover fraudulent transfers from David Jones, Inc and Premium Assignment (PAC) and

Progrressive and Scottsdale and Llyods of London related to insurance premium payments on behalf of Florida Eco

Safaris, LLC.

Trustee seeking to recover funds in excess of $81k.

11/14: Motion for summary judgement filed by Premium Assignment on Count I of the complaint.

11/14: Settlement reached with Progessive in the amount of $2,000.00

11/14: Trustee cross motion for summary judgement against PAC.

12/14: Motion for summary judgement filed by David Jones Ins.

12/14: Memorandum of Opinion issued granting Premium Assignment summary judgement. Order denying that the trustee can

seek recovery against PAC and payments made to PAC are not avoidable under 548 or 544.

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 19.07a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 6
Exhibit 8

| | |
|---|---|
| Case No: 12-11411   KSJ   Judge: Karen S. Jennemann | Trustee Name: Carla Musselman, Trustee |
| Case Name: FLORIDA ECO-SAFARIS, INC. | Date Filed (f) or Converted (c): 08/22/12 (f) |
| | 341(a) Meeting Date: 09/26/12 |
| | Claims Bar Date: 05/30/14 |

12/14: Consent by trustee of MSJ filed by David Jones Ins.

12/14: Objection to consent filed by Scottsdale.

12/08/14: Motion to Approve Compromise or Settlement filed related to Progressive settlement for $2,000.00

01/15: Order granting compromise with Progressive.

02/15: Settement reached with Lloyds of London Inland Marine and Llyods of London Commercial policies in the amount of $3,000 and $12,000 respectively.

02/15: Motion for settlement and compromise with Llyods.

04/15: Order granting Llyods settlement x 2.

07/13/15:  Adversary Case 6:14-ap-114 Closed

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 06/15/16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-11411 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5359 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6952 | | |
| For Period Ending: | 04/22/17 | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 12-11411 -KSJ | | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5367 Checking Account |
| Taxpayer ID No: | *******6952 | | | |
| For Period Ending: | 04/22/17 | | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  12/04/14 | | Deatrick Engineering Associates Inc | Motion for comp doc 29 Order 32 | 1241-000 | 2,000.00 | | 2,000.00 |
| 12/04/14 | 10 | Asset Sales Memo: | 6:14-ap-00110-KSJ - Deatrick Engineering Assoc. $2,000.00 | | | | 2,000.00 |
| C  12/05/14 | | Progressive Casualty Insurance Co | Motion for comp doc 30 Order 33 | 1241-000 | 2,000.00 | | 4,000.00 |
| 12/05/14 | 15 | Asset Sales Memo: | 6:14-ap-00114-KSJ - David Jones Insurance $2,000.00 | | | | 4,000.00 |
| C  12/05/14 | | Wells Fargo | Motion for Comp doc 28 Order 34 | 1241-000 | 20,000.00 | | 24,000.00 |
| 12/05/14 | 14 | Asset Sales Memo: | 6:14-ap-00113-KSJ - Wells Fargo and Sams/Discover $20,000.00 | | | | 24,000.00 |
| C  12/09/14 | 003001 | Trenam Kemker Attorneys 200 Central Avenue Suite 1600 St. Petersburg, FL 33701 | Mediation Fees Invoice 583314 AP 14-00108 Doc 51 - motion to pay mediator fee nunc pro tunc Doc 61 - Order granting motion to pay mediator fee nunc pro tunc | 3721-000 | | 1,600.00 | 22,400.00 |
| C  01/09/15 | | Petzl America Inc 2929 Decker Lake Drive Salt Lake City, UT 84119 | Motion for Comp doc 37 Order 42 | 1241-000 | 5,000.00 | | 27,400.00 |
| 01/09/15 | 13 | Asset Sales Memo: | 6:14-ap-00112-KSJ - Petzl America a Utah Corp. $5,000.00 | | | | 27,400.00 |
| C  01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.87 | 27,374.13 |

Page Subtotals  29,000.00  1,625.87

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-11411 -KSJ | | Trustee Name: | Carla Musselman, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | FLORIDA ECO-SAFARIS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5367  Checking Account |
| Taxpayer ID No: | *******6952 | | | |
| For Period Ending: | 04/22/17 | | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 38.08 | 27,336.05 |
| C  03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 36.74 | 27,299.31 |
| C  04/16/15 | | Amtrust Claims Services, Inc | Motion for Comp doc 38 Order 41 | 1241-000 | 12,000.00 | | 39,299.31 |
| 04/16/15 | 15 | Asset Sales Memo: | 6:14-ap-00114-KSJ - David Jones Insurance $12,000.00 | | | | 39,299.31 |
| C  04/16/15 | | Burns and Wilcox Ltd | Motion for comp doc 39 Order 43 | 1241-000 | 3,000.00 | | 42,299.31 |
| 04/16/15 | 15 | Asset Sales Memo: | 6:14-ap-00114-KSJ - David Jones Insurance $3,000.00 | | | | 42,299.31 |
| C  04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 40.62 | 42,258.69 |
| C  05/26/15 | | Dr, Broussard | Notice of sale doc 59 report 71 | 1241-000 | 200.00 | | 42,458.69 |
| 05/26/15 | 9 | Asset Sales Memo: | 6:14-ap-00109-KSJ - Stephen Romkey  $200.00 | | | | 42,458.69 |
| C  05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 49.33 | 42,409.36 |
| C  06/22/15 | | WHWW Trust Account | Motion for comp doc 40 order 53 | 1241-000 | 4,000.00 | | 46,409.36 |
| 06/22/15 | 12 | Asset Sales Memo: | 6:14-ap-00111-KSJ - Sterling and Wilbur  $4,000.00 | | | | 46,409.36 |
| C  06/22/15 | | WHWW Trust Account | 14-113 Synchrony and 14-00114 David | 1241-000 | 50,500.00 | | 96,909.36 |
| 06/22/15 | 14 | Asset Sales Memo: | 6:14-ap-00113-KSJ - Wells Fargo and Sams/Discover $47,500.00 | | | | 96,909.36 |
| 06/22/15 | 15 | Asset Sales Memo: | 6:14-ap-00114-KSJ - David Jones Insurance $3,000.00 | | | | 96,909.36 |
| C  06/22/15 | | WHWW TRUST ACCOUNT | Motion for comp doc 51 Order 56 | 1241-000 | 550,000.00 | | 646,909.36 |

Page Subtotals    619,700.00    164.77

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 12-11411 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5367  Checking Account |
| Taxpayer ID No: | *******6952 | | |
| For Period Ending: | 04/22/17 | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/22/15 | 11 | Asset Sales Memo: | 6:14-ap-00108-KSJ  - Fraudulent Transfer Complaint $550,000.00 | | | | 646,909.36 |
| * C   06/22/15 | | WHWW TRUST ACCOUNT | AP 14-00108 | 1241-003 | 550,000.00 | | 1,196,909.36 |
| * C   06/22/15 | | WHWW TRUST ACCOUNT | AP 14-00108<br>Trustee coded as deposit - this is a wire in | 1241-003 | -550,000.00 | | 646,909.36 |
| C   06/23/15 | | Reno & Zahm Trust Account<br>FBO EBL<br>Rockford, IL | Interim distribution to creditor<br>Interim distribution payment pursuant to motion to approve settlement and compromise doc no. 46 filed in the AP 14-00108 and Order authorizing payment to EBL doc no. 56 | 7100-000 | | 318,000.00 | 328,909.36 |
| C   06/23/15 | 003002 | GrayRobinson, PA<br>attn: Gary S Salzman, Esquire<br>301 East Pine Street Suite 1400<br>Orlando, FL 32801 | Mediation Fees Invoice 10531990<br>Paid pursuant to Motion to Pay Mediator Fees Doc no 48 and Order granting payment doc no 57; AP 14-108 and 14-0113 | 3721-000 | | 5,699.99 | 323,209.37 |
| C   06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 62.84 | 323,146.53 |
| C   07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 285.44 | 322,861.09 |
| C   08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 480.22 | 322,380.87 |
| C   09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 479.71 | 321,901.16 |
| C   10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 463.56 | 321,437.60 |

Page Subtotals        0.00        325,471.76

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 16)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 12-11411 -KSJ | | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5367  Checking Account |
| Taxpayer ID No: | *******6952 | | | |
| For Period Ending: | 04/22/17 | | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/01/15 | 003003 | Winderweedle Haines Ward & Woodman, PA<br>Attn:  Bradley Saxton<br>Post Office Box 1391<br>Orlando, FL 32802 | Attorney fees and expenses<br>Paid pursuant to app for interim distribution doc 64<br>and order granting payment doc no 69 | 3210-000 | | 121,337.00 | 200,100.60 |
| C  12/01/15 | 003004 | Winderweedle Haines Ward & Woodman, PA<br>Attn:  Bradley Saxton<br>Post Office Box 1391<br>Orlando, FL 32802 | ATTORNEY EXPENSES<br>Paid pursuant to app for interim distribution doc 64<br>and order granting payment doc no 69 | 3220-000 | | 833.19 | 199,267.41 |
| C  09/27/16 | 003005 | CARLA MUSSELMAN<br>TRUSTEE<br>1619 DRUID ROAD<br>MAITLAND, FL 32751 | Chapter 7 Compensation/Fees | 2100-000 | | 35,685.00 | 163,582.41 |
| C  09/27/16 | 003006 | CARLA MUSSELMAN<br>TRUSTEE<br>1619 DRUID ROAD<br>MAITLAND, FL 32751 | Chapter 7 Expenses | 2200-000 | | 414.89 | 163,167.52 |
| C  09/27/16 | 003007 | Clerk, U.S. Bankruptcy Court<br>George C. Young Federal Building<br>400 W. Washington St., Ste. 5100<br>Orlando, FL 32801 | Claim ADV   FEES, Payment 100.000000%<br>7 ADVERSARY CASES.<br>ADVERSARY CASES.<br>6:14-ap-00108-KSJ<br>6:14-ap-00109-KSJ<br>6:14-ap-00110-KSJ<br>6:14-ap-00111-KSJ<br>6:14-ap-00112-KSJ<br>6:14-ap-00113-KSJ | 2700-000 | | 2,051.00 | 161,116.52 |

Page Subtotals        0.00        160,321.08

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 17)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit 9

| Case No: | 12-11411 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5367  Checking Account |
| Taxpayer ID No: | *******6952 | | |
| For Period Ending: | 04/22/17 | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Tran. Code | Deposits ($) | Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | 6:14-ap-00114-KSJ | | | | |
| C  09/27/16 | 003008 | Winderweedle Haines Ward & Woodman, PA<br>Attn:  Brad Saxton<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789 | Claim ATTY  FEES, Payment 2.202395%<br>ATTORNEYS FEES<br>Paid pursuant to first interim application docket no 64 and order authorizing payment doc 69<br>Final fee application docket no 72 | 3210-000 | | 2,732.50 | 158,384.02 |
| C  09/27/16 | 003009 | Carla P. Musselman, CPA, CFP®<br>1619  Druid Road<br>Maitland, FL  32751 | Claim CPA  FEES, Payment 100.000000%<br>Accounting fees<br>Per order granting employment docket number 9 and application for compensation docket number 73 | 3310-000 | | 13,866.50 | 144,517.52 |
| C  09/27/16 | 003010 | Carla P. Musselman, CPA, CFP®<br>1619  Druid Road<br>Maitland, FL  32751 | Claim CPA  EXP, Payment 100.000000%<br>accounting expenses<br>Per order granting employment docket number 9 and application for compensation docket number 73 | 3320-000 | | 321.70 | 144,195.82 |
| C  09/27/16 | 003011 | Experience Based Learning Inc<br>c/o Jeffrey H Powell Esq<br>2902 McFarland Rd Ste 400<br>Rockford IL 61107 | Claim 01, Payment 18.399725%<br>Paid interim distribution pursuant to order granting motion for compromise (motion doc no 46) and order doc no. 56 | 7100-000 | | 144,195.82 | 0.00 |

Page Subtotals        0.00        161,116.52

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 12-11411 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | FLORIDA ECO-SAFARIS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5367  Checking Account |
| Taxpayer ID No: | *******6952 | | |
| For Period Ending: | 04/22/17 | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 648,700.00 | 648,700.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 648,700.00 | 648,700.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 648,700.00 | 648,700.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5359 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5367 | 648,700.00 | 648,700.00 | 0.00 |
| | 648,700.00 | 648,700.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*